# EXHIBIT B

| US8843549 | TPX UCx (The accused product) |
|---|---|
| 1. A method for an application involving real-time notification of a client by a telephone switching system, comprising: | The accused product practices a method for an application involving real-time notification (e.g., incoming phone call notification, live chat notifications, and messaging notification received by a user utilizing TPX UCx) of a client by a telephone switching system.<br><br><br><br>https://www.tpx.com/services/cloud-communications/ucx-unified-communications/ |

## Call Notification Pop-Up

If the Call Notification feature is enabled, a Call Notification pop-up window appears when you receive an inbound call. To answer a call from the pop-up, click anywhere on the text in the window.

For calls to your direct number or extension, the pop-up displays the caller's name and phone number.



Real time incoming call notification

For calls from a call center, the pop-up displays the caller's name and phone number, the call center's name, the caller's wait time, and the number of calls in the queue.



https://www.tpx.com/support/knowledge-base/use-call-center-client-answer-manage-inbound-calls/

- *Settings* – This provides access to client configuration pages.
- *Help* – When clicked, this opens the Call Center – Agent/Supervisor User Guide (Hosted Thin Client).
- *Sign-Out* – When clicked, this signs you out of the call center and allows you to save your workspace.

## View Incoming Call Details

If the Notification feature is enabled, a notification window appears on top of the system tray when you receive a call, displaying the name and number of the caller.

For calls from queues, it displays:

- Calling name and number on which the call was received
- Call center or DNIS name
- Wait time of the call
- Number of calls in queue



Real time incoming call notification for Call center client



## Quick Reference Guide: **Call Center**

### Open URL

You can open a Uniform Resource Locator (URL) page in your browser to obtain more information about the incoming call. This page contains information about the calling party encoded in its URL.

In the Call Notification pop-up window that appears when you receive a call, click **Web Pop URL**.

Note that this feature works only if your device is advanced Call Control (ACC)-compliant. In addition, if Auto Answer is enabled on the server, you must not enable Auto Answer in the client.

### Blind Transfer Call

Calls can be blind transferred while active, held, or ringing (in).

1. To transfer the call to an ad hoc number, enter the number in the *Dialer* and then click **Transfer**.

https://www.tpx.com/support/wp-content/uploads/sites/2/QRG-Call-Center-QRG-TPx-Rev1117.pdf

**View Incoming Call Details**

If the Call Notification feature is enabled, a pop-up notification window appears when you receive a call, displaying the name and number of the caller. For calls from a call center, the call center name is displayed in addition to the caller's name and phone number. You may also see these options:

- **Save vCard:** Click **Add vCard**  to save the caller's phone number and personal information as a vCard in Outlook.

**Camp on Busy Contact**

You can camp external calls trying to reach a busy extension. The call is transferred when the destination becomes available.

1. In the *Call Console*, select the call to camp.
2. In the *Contacts* pane, click a busy or ringing contact and then click **CAMP** for that contact. The call is camped and removed from the *Call Console*.
3. If the call timer expires before the call is answered, the call is recalled to your device and reappears in the *Call Console*.

<u>Real time call notification for receptionist client</u>

| Revised: September 2017 | www.tpx.com | Page 2 of 5 |
|---|---|---|

https://www.tpx.com/support/wp-content/uploads/sites/2/QRG-Receptionist-Rev0917.pdf

---

| a) opening a connection between the client and a server; | The accused product practices opening a connection between the client (e.g., when a user login to TPX UCx account for receiving incoming calls) and a server (e.g., TPX UCx server). |
|---|---|

**Software Requirements**

The software requirements include:

○ Windows, Mac OS X, or Citrix operating system

○ Sun Microsystems Java, Runtime edition

○ Outlook – Required for the Outlook contact directory

○ Excel (optional)

○ Web browser, such as Internet Explorer, Firefox, Chrome, or Safari (note that some browser versions have restrictions and limitations)

TPX UCx- Call center client works on various web browser hence works on web based connections

https://www.tpx.com/support/knowledge-base/hardware-software-requirements-call-center-client/

## Software Requirements

The software requirements include:

- Windows, Mac OS X, or Citrix operating system
- Sun Microsystems Java, Runtime edition
- Outlook – Required for the Outlook contact directory
- Excel (optional)
- Web browser, such as Internet Explorer, Firefox, Chrome, or Safari (note that some browser versions have restrictions and limitations)

> ℹ️ **NOTE:** TPx recommends always using the latest available service pack/update for Windows, Mac OS X, Internet Explorer, Firefox, Safari, and Outlook.

> TPX UCx- Receptionist-client works on various web browser hence works on web based connections

https://www.tpx.com/support/knowledge-base/hardware-software-requirements-receptionist-client/

## Call Notification Pop-Up

If the Call Notification feature is enabled, a Call Notification pop-up window appears when you receive an inbound call. To answer a call from the pop-up, click anywhere on the text in the window.

For calls to your direct number or extension, the pop-up displays the caller's name and phone number.



> Real time incoming call notification

For calls from a call center, the pop-up displays the caller's name and phone number, the call center's name, the caller's wait time, and the number of calls in the queue.



https://www.tpx.com/support/knowledge-base/use-call-center-client-answer-manage-inbound-calls/

- *Settings* – This provides access to client configuration pages.
- *Help* – When clicked, this opens the Call Center – Agent/Supervisor User Guide (Hosted Thin Client).
- *Sign-Out* – When clicked, this signs you out of the call center and allows you to save your workspace.

**View Incoming Call Details**

If the Notification feature is enabled, a notification window appears on top of the system tray when you receive a call, displaying the name and number of the caller.

For calls from queues, it displays:

- Calling name and number on which the call was received
- Call center or DNIS name
- Wait time of the call
- Number of calls in queue



Real time incoming call notification for Call center client

# Quick Reference Guide: **Call Center**

## Open URL

You can open a Uniform Resource Locator (URL) page in your browser to obtain more information about the incoming call. This page contains information about the calling party encoded in its URL.

In the Call Notification pop-up window that appears when you receive a call, click **Web Pop URL** .

Note that this feature works only if your device is advanced Call Control (ACC)-compliant.  In addition, if Auto Answer is enabled on the server, you must not enable Auto Answer in the client.

## Blind Transfer Call

Calls can be blind transferred while active, held, or ringing (in).

1. To transfer the call to an ad hoc number, enter the number in the *Dialer* and then click **Transfer**.

https://www.tpx.com/support/wp-content/uploads/sites/2/QRG-Call-Center-QRG-TPx-Rev1117.pdf

<table>
<tr><td></td><td>

**View Incoming Call Details**

If the Call Notification feature is enabled, a pop-up notification window appears when you receive a call, displaying the name and number of the caller. For calls from a call center, the call center name is displayed in addition to the caller's name and phone number. You may also see these options:

- **Save vCard:** Click **Add vCard**  to save the caller's phone number and personal information as a vCard in Outlook.

**Real time call notification for receptionist client**

**Camp on Busy Contact**

You can camp external calls trying to reach a busy extension. The call is transferred when the destination becomes available.

1. In the *Call Console*, select the call to camp.
2. In the *Contacts* pane, click a busy or ringing contact and then click **CAMP** for that contact. The call is camped and removed from the *Call Console*.
3. If the call timer expires before the call is answered, the call is recalled to your device and reappears in the *Call Console*.

Revised: September 2017    www.tpx.com    Page 2 of 5

https://www.tpx.com/support/wp-content/uploads/sites/2/QRG-Receptionist-Rev0917.pdf
</td></tr>
<tr><td>

b) transmitting notification messages from the telephone switching system to the server using a networking protocol;
</td><td>

The accused product practices transmitting notification messages from the telephone switching system (e.g. calls that originate from a traditional phone switching network) to the server (e.g., TPX UCx server) using a networking protocol (e.g., IP).

**Software Requirements**

The software requirements include:

○ Windows, Mac OS X, or Citrix operating system

**TPX UCx- Call center client works on various web browser hence works on web based connections**

○ Sun Microsystems Java, Runtime edition

○ Outlook – Required for the Outlook contact directory

○ Excel (optional)

○ Web browser, such as Internet Explorer, Firefox, Chrome, or Safari (note that some browser versions have restrictions and limitations)

https://www.tpx.com/support/knowledge-base/hardware-software-requirements-call-center-client/
</td></tr>
</table>

### Call Notification Pop-Up

If the Call Notification feature is enabled, a Call Notification pop-up window appears when you receive an inbound call. To answer a call from the pop-up, click anywhere on the text in the window.

For calls to your direct number or extension, the pop-up displays the caller's name and phone number.



Real time incoming call notification

For calls from a call center, the pop-up displays the caller's name and phone number, the call center's name, the caller's wait time, and the number of calls in the queue.



https://www.tpx.com/support/knowledge-base/use-call-center-client-answer-manage-inbound-calls/

- *Settings* – This provides access to client configuration pages.
- *Help* – When clicked, this opens the Call Center – Agent/Supervisor User Guide (Hosted Thin Client).
- *Sign-Out* – When clicked, this signs you out of the call center and allows you to save your workspace.

### View Incoming Call Details

If the Notification feature is enabled, a notification window appears on top of the system tray when you receive a call, displaying the name and number of the caller.

For calls from queues, it displays:
- Calling name and number on which the call was received
- Call center or DNIS name
- Wait time of the call
- Number of calls in queue



Real time incoming call notification for Call center client



## Quick Reference Guide: **Call Center**

### Open URL

You can open a Uniform Resource Locator (URL) page in your browser to obtain more information about the incoming call. This page contains information about the calling party encoded in its URL.

In the Call Notification pop-up window that appears when you receive a call, click **Web Pop URL** .

Note that this feature works only if your device is advanced Call Control (ACC)-compliant.  In addition, if Auto Answer is enabled on the server, you must not enable Auto Answer in the client.

### Blind Transfer Call

Calls can be blind transferred while active, held, or ringing (in).

1. To transfer the call to an ad hoc number, enter the number in the *Dialer* and then click **Transfer**.

https://www.tpx.com/support/wp-content/uploads/sites/2/QRG-Call-Center-QRG-TPx-Rev1117.pdf

<table>
<tr>
<td></td>
<td>

# Use the Call Center Client to Answer and Manage Inbound Calls

With Call Center, you can answer calls manually or have your phone automatically answer incoming calls. Here's how:

## Answer a Call from the Call Console

Inbound call information is always visible in the Call Console. To answer an incoming call, move the mouse over the call and click ANS.

 NOTE: Double-clicking a call does not answer it.

https://www.tpx.com/support/knowledge-base/use-call-center-client-answer-manage-inbound-calls/

</td>
</tr>
<tr>
<td>

c) transforming the notification messages at the server into a programming language code and using said networking protocol for sending the programming language code to the client, wherein the programming language code is executable by the client's browser;

</td>
<td>

The accused product practices transforming the notification messages (e.g., incoming phone call notification, live chat notifications, and messaging notification received by a user utilizing TPX UCx) at the server (e.g., TPX UCx server) into a programming language code (e.g., markup language code such as HTML code) and using said networking protocol (e.g., IP) for sending the programming language code to the client (e.g., a user utilizing a web browser based version of the TPX UCx), wherein the programming language code is executable by the client's browser (e.g., the web browser of a user).

## Software Requirements

The software requirements include:

- Windows, Mac OS X, or Citrix operating system

> TPX UCx- Call center client works on various web browser hence works on web based connections

- Sun Microsystems Java, Runtime edition
- Outlook – Required for the Outlook contact directory
- Excel (optional)
- Web browser, such as Internet Explorer, Firefox, Chrome, or Safari (note that some browser versions have restrictions and limitations)

https://www.tpx.com/support/knowledge-base/hardware-software-requirements-receptionist-client/

</td>
</tr>
</table>



https://www.youtube.com/watch?v=kc5Rk1RXUkU

https://www.tpx.com/support/knowledge-base/use-call-center-client-answer-manage-inbound-calls/

- *Settings* – This provides access to client configuration pages.
- *Help* – When clicked, this opens the Call Center – Agent/Supervisor User Guide (Hosted Thin Client).
- *Sign-Out* – When clicked, this signs you out of the call center and allows you to save your workspace.

**View Incoming Call Details**

If the Notification feature is enabled, a notification window appears on top of the system tray when you receive a call, displaying the name and number of the caller.

For calls from queues, it displays:

- Calling name and number on which the call was received
- Call center or DNIS name
- Wait time of the call
- Number of calls in queue



Real time incoming call notification for Call center client



## Quick Reference Guide: **Call Center**

### Open URL

You can open a Uniform Resource Locator (URL) page in your browser to obtain more information about the incoming call. This page contains information about the calling party encoded in its URL.

In the Call Notification pop-up window that appears when you receive a call, click **Web Pop URL** .

https://www.tpx.com/support/wp-content/uploads/sites/2/QRG-Call-Center-QRG-TPx-Rev1117.pdf

Note that this feature works only if your device is advanced Call Control (ACC)-compliant.  In addition, if Auto Answer is enabled on the server, you must not enable Auto Answer in the client.

### Blind Transfer Call

Calls can be blind transferred while active, held, or ringing (in).

1. To transfer the call to an ad hoc number, enter the number in the *Dialer* and then click **Transfer**.

# Use the Call Center Client to Answer and Manage Inbound Calls

With Call Center, you can answer calls manually or have your phone automatically answer incoming calls. Here's how:

## Answer a Call from the Call Console

Inbound call information is always visible in the Call Console. To answer an incoming call, move the mouse over the call and click ANS.

ℹ️ NOTE: Double-clicking a call does not answer it.

https://www.tpx.com/support/knowledge-base/use-call-center-client-answer-manage-inbound-calls/

| | |
|---|---|
| d) using an HTTP streaming mechanism for transmission of the notification from the server to the browser through the open connection, whereby the connection between the client and the server remains open in the intervening period between the transmission of individual | The accused product uses an HTTP streaming (e.g., call or a messaging session streaming to a user's web browser) mechanism for transmission of the notification (e.g., incoming phone call notification, live chat notifications, and messaging notification received by a user utilizing TPX UCx) from the server (e.g., TPX UCx server) to the browser (e.g., web browser of the user such as Internet Explorer) through the open connection (e.g., a chat or a call queue which supports transmission and storage of notifications from TPX UCx server to a said website with the Web Widget), whereby the connection between the client and the server remains open in the intervening period between the transmission of individual notification messages.<br><br> |

| notification messages; and | https://www.youtube.com/watch?v=kc5Rk1RXUkU |
|---|---|

**Software Requirements**

The software requirements include:

- Windows, Mac OS X, or Citrix operating system
- Sun Microsystems Java, Runtime edition
- Outlook – Required for the Outlook contact directory
- Excel (optional)
- Web browser, such as Internet Explorer, Firefox, Chrome, or Safari (note that some browser versions have restrictions and limitations)

> TPX UCx- Call center client works on various web browser hence works on web based connections

https://www.tpx.com/support/knowledge-base/hardware-software-requirements-receptionist-client/

**Call Notification Pop-Up**

If the Call Notification feature is enabled, a Call Notification pop-up window appears when you receive an inbound call. To answer a call from the pop-up, click anywhere on the text in the window.

For calls to your direct number or extension, the pop-up displays the caller's name and phone number.



> Real time incoming call notification

For calls from a call center, the pop-up displays the caller's name and phone number, the call center's name, the caller's wait time, and the number of calls in the queue.



https://www.tpx.com/support/knowledge-base/use-call-center-client-answer-manage-inbound-calls/

- *Settings* – This provides access to client configuration pages.
- *Help* – When clicked, this opens the Call Center – Agent/Supervisor User Guide (Hosted Thin Client).
- *Sign-Out* – When clicked, this signs you out of the call center and allows you to save your workspace.

**View Incoming Call Details**

If the Notification feature is enabled, a notification window appears on top of the system tray when you receive a call, displaying the name and number of the caller.

For calls from queues, it displays:
- Calling name and number on which the call was received
- Call center or DNIS name
- Wait time of the call
- Number of calls in queue



Real time incoming call notification for Call center client



Quick Reference Guide: **Call Center**

**Open URL**

You can open a Uniform Resource Locator (URL) page in your browser to obtain more information about the incoming call. This page contains information about the calling party encoded in its URL.

In the Call Notification pop-up window that appears when you receive a call, click **Web Pop URL** .

Note that this feature works only if your device is advanced Call Control (ACC)-compliant. In addition, if Auto Answer is enabled on the server, you must not enable Auto Answer in the client.

**Blind Transfer Call**

Calls can be blind transferred while active, held, or ringing (in).

1. To transfer the call to an ad hoc number, enter the number in the *Dialer* and then click **Transfer**.

https://www.tpx.com/support/wp-content/uploads/sites/2/QRG-Call-Center-QRG-TPx-Rev1117.pdf

| | |
|---|---|
| | ## Use the Call Center Client to Answer and Manage Inbound Calls<br><br>With Call Center, you can answer calls manually or have your phone automatically answer incoming calls. Here's how:<br><br>### Answer a Call from the Call Console<br><br>Inbound call information is always visible in the Call Console. To answer an incoming call, move the mouse over the call and click ANS.<br><br> **NOTE:** Double-clicking a call does not answer it.<br><br>https://www.tpx.com/support/knowledge-base/use-call-center-client-answer-manage-inbound-calls/ |
| e) executing the programming language codes by the browser whereby the respective notification messages are displayed or outputted at the client. | The accused product practices executing the programming language codes (e.g., markup language code such as HTML code) by the browser (e.g., web browser of the user such as Internet Explorer) whereby the respective notification messages are displayed or outputted (e.g., display notification or play sound) at the client.<br><br>The user i.e. a business or customers can start a chat, place a call, or just email (notifications) from the mobile app which will thereby be notifying The TPX UCx server so that the recipient can receive an in-app notification.<br><br><br><br>https://www.youtube.com/watch?v=kc5Rk1RXUkU |

## Call Notification Pop-Up

If the Call Notification feature is enabled, a Call Notification pop-up window appears when you receive an inbound call. To answer a call from the pop-up, click anywhere on the text in the window.

For calls to your direct number or extension, the pop-up displays the caller's name and phone number.



Real time incoming call notification

For calls from a call center, the pop-up displays the caller's name and phone number, the call center's name, the caller's wait time, and the number of calls in the queue.



https://www.tpx.com/support/knowledge-base/use-call-center-client-answer-manage-inbound-calls/

- *Settings* – This provides access to client configuration pages.
- *Help* – When clicked, this opens the Call Center – Agent/Supervisor User Guide (Hosted Thin Client).
- *Sign-Out* – When clicked, this signs you out of the call center and allows you to save your workspace.

## View Incoming Call Details

If the Notification feature is enabled, a notification window appears on top of the system tray when you receive a call, displaying the name and number of the caller.

For calls from queues, it displays:

- Calling name and number on which the call was received
- Call center or DNIS name
- Wait time of the call
- Number of calls in queue



Real time incoming call notification for Call center client



## Quick Reference Guide: **Call Center**

### Open URL

You can open a Uniform Resource Locator (URL) page in your browser to obtain more information about the incoming call. This page contains information about the calling party encoded in its URL.

In the Call Notification pop-up window that appears when you receive a call, click **Web Pop URL** .

Note that this feature works only if your device is advanced Call Control (ACC)-compliant.  In addition, if Auto Answer is enabled on the server, you must not enable Auto Answer in the client.

### Blind Transfer Call

Calls can be blind transferred while active, held, or ringing (in).

1. To transfer the call to an ad hoc number, enter the number in the *Dialer* and then click **Transfer**.

https://www.tpx.com/support/wp-content/uploads/sites/2/QRG-Call-Center-QRG-TPx-Rev1117.pdf

# Use the Call Center Client to Answer and Manage Inbound Calls

With Call Center, you can answer calls manually or have your phone automatically answer incoming calls. Here's how:

## Answer a Call from the Call Console

Inbound call information is always visible in the Call Console. To answer an incoming call, move the mouse over the call and click ANS.

 **NOTE:** Double-clicking a call does not answer it.

https://www.tpx.com/support/knowledge-base/use-call-center-client-answer-manage-inbound-calls/

## Software Requirements

The software requirements include:

- Windows, Mac OS X, or Citrix operating system
- Sun Microsystems Java, Runtime edition
- Outlook – Required for the Outlook contact directory
- Excel (optional)
- Web browser, such as Internet Explorer, Firefox, Chrome, or Safari (note that some browser versions have restrictions and limitations)

> TPX UCx- Call center client works on various web browser hence works on web based connections

https://www.tpx.com/support/knowledge-base/hardware-software-requirements-receptionist-client/

| | |
|---|---|
| 4. The method according to claim 1, further comprising: using the HTTP protocol for the | The accused product uses the HTTP protocol (e.g., by means of a http browser) for the client-server connection. |

| | |
|---|---|
| client-server connection. |  https://www.youtube.com/watch?v=kc5Rk1RXUkU<br><br>**Software Requirements**<br><br>The software requirements include:<br><br>   ∘ Windows, Mac OS X, or Citrix operating system<br>   ∘ Sun Microsystems Java, Runtime edition<br>   ∘ Outlook – Required for the Outlook contact directory<br>   ∘ Excel (optional)<br>   ∘ Web browser, such as Internet Explorer, Firefox, Chrome, or Safari (note that some browser versions have restrictions and limitations)<br><br>https://www.tpx.com/support/knowledge-base/hardware-software-requirements-receptionist-client/ |

## Call Notification Pop-Up

If the Call Notification feature is enabled, a Call Notification pop-up window appears when you receive an inbound call. To answer a call from the pop-up, click anywhere on the text in the window.

For calls to your direct number or extension, the pop-up displays the caller's name and phone number.

Real time incoming call notification

For calls from a call center, the pop-up displays the caller's name and phone number, the call center's name, the caller's wait time, and the number of calls in the queue.

https://www.tpx.com/support/knowledge-base/use-call-center-client-answer-manage-inbound-calls/

- *Settings* – This provides access to client configuration pages.
- *Help* – When clicked, this opens the Call Center – Agent/Supervisor User Guide (Hosted Thin Client).
- *Sign-Out* – When clicked, this signs you out of the call center and allows you to save your workspace.

### View Incoming Call Details

If the Notification feature is enabled, a notification window appears on top of the system tray when you receive a call, displaying the name and number of the caller.

For calls from queues, it displays:

- Calling name and number on which the call was received
- Call center or DNIS name
- Wait time of the call
- Number of calls in queue



Real time incoming call notification for Call center client

![TPX logo]

## Quick Reference Guide: **Call Center**

### Open URL

You can open a Uniform Resource Locator (URL) page in your browser to obtain more information about the incoming call. This page contains information about the calling party encoded in its URL.

In the Call Notification pop-up window that appears when you receive a call, click **Web Pop URL** .

Note that this feature works only if your device is advanced Call Control (ACC)-compliant.  In addition, if Auto Answer is enabled on the server, you must not enable Auto Answer in the client.

### Blind Transfer Call

Calls can be blind transferred while active, held, or ringing (in).

1. To transfer the call to an ad hoc number, enter the number in the *Dialer* and then click **Transfer**.

https://www.tpx.com/support/wp-content/uploads/sites/2/QRG-Call-Center-QRG-TPx-Rev1117.pdf